# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

**CHRISTINA LEONIK,**

    **Plaintiff,**

**-v-**

                              **Case No.: 9:11-cv-80052-KAM**

**GLOBAL CREDIT &**
**COLLECTION CORPORATION,**

    **Defendant.**

_____/

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Christina Leonik ("Plaintiff") and defendant Global Credit & Collection Corporation ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendant in the above-styled action, with Plaintiff and Defendant to bear their own fees, costs and expenses.

                            Respectfully submitted,

                            s/ Alexander D. Weisberg
                            Alexander D. Weisberg (FL Bar # 0566551)
                            Weisberg & Meyers LLC
                            5722 S Flamingo Road, Suite 656
                            Cooper City, FL 33330
                            Telephone: 954-337-1885, x211
                            Fax: 866-577-0963
                            aweisberg@attorneysforconsumers.com

1910802 v1

Attorney for Plaintiff
CHRISTINA LEONIK


s/ R. Frank Springfield
R. Frank Springfield (FL Bar # 0010871)
Christine Irwin Parrish (FL Bar # 0014404)
BURR & FORMAN LLP
450 S. Orange Avenue, Suite 200
Orlando, Florida 32801
Telephone:  (407) 244-0888
Facsimile: (407) 244-0889
fspringf@burr.com
cparrish@burr.com

Attorneys for Defendant
GLOBAL CREDIT & COLLECTION CORPORATION

1910802 v1                             2