UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80052-CIV-MARRA

CHRISTINA LEONIK,

    Plaintiff,

vs.

GLOBAL CREDIT &
COLLECTION CORPORATION,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal [DE 7]. Having considered the submission, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs. Fed. R. Civ. P. 41(a). Any pending motions are denied as moot. This case is **CLOSED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of April, 2011.

                                        _____
                                        KENNETH A. MARRA
                                        United States District Judge

copies to:
Magistrate Judge Johnson
All counsel of record